Jonathan Yong, SBN: 310444
**Gator Law, P.C.**
2 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Tel: (385) 324-5471
Email: attorneys@gatorlawpc.com
**Attorney for Plaintiff, Ricky Gibson**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# CIVIL DIVISION

| | |
|---|---|
| RICKY GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:25-cv-01636<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Ricky Gibson ("Plaintiff"), and Defendant, Experian Information Solutions Inc., ("EXPERIAN"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EXPERIAN once settlement documents have been

1

exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Dated: 08/22/2025                                    Respectfully submitted,


*/s/ Jonathan Yong*
Jonathan Yong
**Gator Law, P.C.**
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com

**Attorneys for Plaintiff,
RICKY GIBSON**

## **CERTIFICATE OF SERVICE**

I certify that on 08/22/2025, I served Plaintiff Ricky Gibson's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

*/s/ Jonathan Yong*
Jonathan Yong
**Gator Law, P.C.**
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com

**Attorneys for Plaintiff,
RICKY GIBSON**